# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| **Cornerstone Aavisors of Arizona, LLC, a Delaware Limited Liability Company**<br><br>*Plaintiff*<br><br>v.<br><br>**Trisa Wetzel, Amy Martel, Joel Morehouse, Jeffrey S. Brines, and Engage fi, a Florida Limited Liability Company**<br><br>*Defendant* | Civil Action No. 8:24-cv-00517-TPB-NHA |

## AFFIDAVIT OF SERVICE

I, Rebecca Gilley, being duly sworn, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on February 28, 2024, at 1:36 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Amy Martel in Orange County, FL on February 28, 2024 at 2:51 pm at 1425 Selbydon Way, Winter Garden, FL 34787 by substituted service by leaving the documents at the usual place of abode of Amy Martel with Matt Martel who is a permanent co-resident and the Husband of Amy Martel and whose age is 15 years or older.

Summons
Complaint

Additional Description:
SUBSTITUTE SERVICE: I served and explained the contents therein to a permanent co-resident 15 years of age or older pursuant to F.S. 48.031(1)(a)

Matt Martel accepted documents for and on behalf of Amy Martel

Based on the Conversation with the person accepting service, the defendant/respondent is not in the Military Service of the United States of America.

White Male, est. age 35-44, glasses: N, Unknown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=28.519845,-81.614155
Photograph: See Exhibit 1

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified/Appointed/Specially Appointed Process Server in good standing in the county in which service was made. Notary not required pursuant to F.S. § 92.525

Executed in _____, _____ on   2/28/2024   .

/s/ *Rebecca Gilley*

Signature
Rebecca Gilley
680
+1 (205) 217-3572
501 s Kirkman rd 618670, Orlando , FL 32861



Exhibit 1a)