# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

| | | |
|---|---|---|
| **Cornerstone Advisors of Arizona, LLC, a Delaware Limited Liability Company** | ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) ) ) | Civil Action No. 8:24-cv-00517 |
| **Trisa Wetzel, Amy Martel, Joel Morehouse, Jeffrey S. Brines, and Engage fi, a Florida Limited Liability Company** | ) ) ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, TAMMY HAMILTON, being duly sworn, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on February 28, 2024, at 1:56 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Joel Morehouse in Chatham County, GA on February 29, 2024 at 5:15 pm at 520 East 50th Street, Savannah, GA 31405 by personal service by handing the following documents to an individual identified as Joel Morehouse.

Summons
Complaint

Additional Description:
INDIVIDUAL SERVICE: I served the documents to the within named individual pursuant to F.S. 48.031(1)(a)

Based on the Conversation with the person accepting service, the defendant/respondent is not in the Military Service of the United States of America.

White Male, est. age 35-44, glasses: N, Black hair, 180 lbs to 200 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=32.0442855,-81.0923247
Photograph: See Exhibit 1

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified/Appointed/Specially Appointed Process Server in good standing in the county in which service was made. Notary not required pursuant to F.S. § 92.525

| Executed in | /s/ TAMMY HAMILTON |
|---|---|
| Chatham County , | Signature |
| GA on 3/1/2024 . | TAMMY HAMILTON |
| | CPS#374 |
| | +1 (404) 748-5533 |
| | 15 Kandlewood Drive , B, Savannah , GA 31406 |

Exhibit 1a)





Exhibit 1b)