# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

| | | |
|---|---|---|
| **Cornerstone Advisors of Arizona, LLC, a Delaware Limited Liability Company** *Plaintiff* v. **Trisa Wetzel, Amy Martel, Joel Morehouse, Jeffrey S. Brines, and Engage fi, a Florida Limited Liability Company** *Defendant* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 8:24-cv-00517 |

## AFFIDAVIT OF SERVICE

I, Heather Springer, being duly sworn, state:

I am 18 years or older and not a party to this action.

I received the following documents on February 29, 2024, at 4:42 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Trisa Wetzel in Greene County, MO on February 29, 2024 at 8:51 pm at 3830 East Cypress Point, Springfield, MO 65809 by substituted service by leaving the documents at the usual place of abode of Trisa Wetzel with Andrew (refused last name) who is a permanent co-resident and the Co-Resident of Trisa Wetzel and whose age is 15 years or older.

Summons
Complaint


Additional Description:
SUBSTITUTE SERVICE: I served and explained the contents therein to a permanent co-resident 15 years of age or older pursuant to F.S. 48.031(1)(a)

Andrew said they were expecting these.

Based on the Conversation with the person accepting service, the defendant/respondent is not in the Military Service of the United States of America.

White Male, est. age 55-64, glasses: Y, Gray hair, 120 lbs to 140 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=37.206976171,-93.2148802929
Photograph: See Exhibit 1

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified/Appointed/Specially Appointed Process Server in good standing in the county in which service was made. Notary not required pursuant to F.S. § 92.525

Executed in
   Greene County   ,
   MO   on   3/1/2024   .

/s/ *Heather Springer*
Signature
Heather Springer
+1 (417) 761-2246
471 Mahogany Lane , Ozark, MO 65721

Exhibit 1a)

