UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CORNERSTONE ADVISORS OF ARIZONA, LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>    v.<br><br>TRISA WETZEL, AMY MARTEL, and ENGAGE FI LLC, a Florida Limited Liability Company,<br>        Defendants. | CASE NO. 8:24-cv-00517-TPB-NHA |

**DEFENDANTS' NOTICE OF FILING CORRECTED EXHIBIT "B" [DE 49-2] TO DEFENDANTS' MOTION FOR TIME-SENSITIVE ENTRY OF PROTECTIVE ORDER [DE 49]**

Defendants Engage Fi, LLC, Trisa Wetzel, and Amy Martel (collectively, "**Defendants**"), by and through undersigned counsel, hereby give notice of filing a corrected version of Exhibit B [DE 49-2] to their Motion for Time-Sensitive Entry of Protective Order as to Their Trade Secrets, Confidential Business Information, and Other Proprietary or Otherwise Confidential Information ("**Defendants' Motion**") [DE 49], filed on August 6, 2024. A corrected copy is attached hereto as Exhibit "B."

EFI is filing this corrected version because at the parties' final meet and confer on July 31, 2024, concerning disputed language in a draft confidentiality agreement (the "**Disputed Arbitration Provisions**"), Plaintiff Cornerstone

Advisors of Arizona, LLC's ("**Plaintiff**") counsel circulated a *clean* copy of the proposed confidentiality agreement. The draft did not contain any redlines or other apparent evidence of changes. Unaware that Plaintiff's counsel had revised the Disputed Arbitration Provisions, Defendants inadvertently appended an earlier version of the confidentiality agreement to Defendants' Motion instead of the most recent draft from July 31, 2024.

Plaintiff's counsel brought this error to Defendants' attention on August 8, 2024. The changes that Plaintiff's counsel made to the Disputed Arbitration Provisions do not alter, modify, or otherwise affect the arguments raised and relief requested in Defendants' Motion and their objections to the Disputed Arbitration Provisions. Defendants also give notice of filing Exhibit "B-1," which represents a redline identifying the differences between the document filed in error and the corrected Exhibit "B." Defendants note that that corrected Exhibit "B" reflects the version of the disputed confidentiality agreement that the parties will jointly e-mail to the Court (along with Defendants' version of the agreement reflected as Exhibit "A" [DE 49-1]) pursuant to this Court's August 9, 2024 Endorsed Order [DE 52].

Defendants ask that the Court consider the attached, corrected Exhibit B rather than the earlier version marked as Docket Entry 49-2.

Dated: August 9, 2024

/s/ *April Boyer*
APRIL BOYER
april.boyer@klgates.com
Florida Bar No. 0168335
JONATHAN B. MORTON
Florida Bar No. 956872
jonathan.moton@klgates.com
K&L GATES LLP
Southeast Financial Center, Suite 3900
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305 539 3300

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will serve a copy on all counsel of record on the Service List below on this 9th day of August 2024.

*/s/ April Boyer*
April Boyer

## SERVICE LIST

Pavneet Singh Uppal, Esq.
puppal@fisherphillips.com
Kris Leonhardt, Esq.
kleonhardt@fisherphillips.com
Nermana Grinnan, Esq.
ngrinnan@fisherphillips.com
**FISHER & PHILLIPS LLP**
3200 N. Central Ave, Ste 1550
Phoenix, Arizona 85012-2487
Telephone: (602) 281-3400
Fax: (602) 281-3401

Nicole B. Holtzapple, Esq.
nholtzapple@fisherphillips.com
**FISHER & PHILLIPS LLP**
1230 Peachtree St, NE, Ste 3300
Atlanta, GA 30309
Telephone: (404) 240-4275
Fax: (404) 240-4249

Andrew Froman, Esq.
afroman@fisherphillips.com
**FISHER & PHILLIPS, LLP**
101 E. Kennedy Blvd, Ste 2350
Tampa, Florida 33602
Telephone: (813) 769-7505
Fax: (813) 769-7501

*Counsel for Plaintiff*