# DECLARATION OF STEPHEN WILDMAN

Pursuant to 28 U.S.C. §1746, I, Stephen Wildman, declare, under penalty of perjury, that I am over the age of eighteen and that the following statement is true and correct and based upon my personal knowledge.

1. I have been employed by Cornerstone Advisors of Arizona LLC (Cornerstone) since approximately January 2021. My current title is Managing Director, Core Transformation.

2. With regard to its core evaluation and transformation initiatives, Cornerstone works with its credit union and bank clients to help them identify, evaluate, select, and negotiate agreements with core system vendors who offer technology, conversion, and implementation services, in order to help our clients better meet their strategic goals. Engage fi is now a direct competitor to Cornerstone in providing these consulting services to credit unions and banks in the core conversion and implementation space.

3. Prior to working at Cornerstone, I was employed by a company called Next Step as a Managing Director leading clients through system evaluation efforts, such as core, digital banking, account opening, payment, lending, and business intelligence/data warehouse solutions. I am generally aware that Cornerstone purchased Next Step, including its assets and intellectual property, as of approximately December 2021.

4. In my role as Managing Director, Core Transformation, I manage

and oversee the core vendor evaluation and selection services provided by Cornerstone to its clients. As part of this role, I frequently review and participate in the negotiations of agreements between Cornerstone clients and core vendors. As part of these duties, I am generally familiar with the terms and requirements of vendor agreements negotiated by Cornerstone on behalf of its clients including, but not limited to the "Conversion Services Addendum" included in Cornerstone's current vendor agreements. The version of the Conversion Services Addendum currently used at Cornerstone in core vendor agreements was originally created by Next Step, and such information is considered by Cornerstone (and formerly, by Next Step) to be confidential and proprietary information subject to restricted disclosure.

5.   Corelation Inc. (Corelation) is a vendor that provides core technology and conversion and implementation services to Cornerstone's credit union and bank clients. I frequently communicate with employees of Corelation as part of my duties with Cornerstone including, but not limited to, Tim Maron (Chief Revenue Officer at Corelation).

6.   I am informed and believe that as part of his duties with Corelation, Tim Maron negotiates, reviews, and/or approves proposed and negotiated language in software and service agreements, including those agreements negotiated with the assistance of consulting firms such as Cornerstone, Next Step, and/or Engage fi on behalf of their clients. As a result,

FP 51838904.1

it is my belief that Tim Maron is very familiar with the contractual provisions, proposals, and requirements negotiated by Cornerstone, Next Step, and/or Engage fi on behalf of their clients seeking to use Corelation's core conversion and implementation services.

7. On or about early- to mid-February 2024, Tim Maron called me and stated that the language used by Engage fi in its Conversion Services Addendum equivalent associated with Engage fi's vendor agreements was verbatim or at least very similar to Next Step's (now Cornerstone's) Conversion Services Addendum. Specifically, Tim told me that Engage fi sent him its equivalent of the Conversion Services Addendum for a new client matter that was verbatim or at least very similar to the Conversion Services Addendum known to him to belong to Next Step and now Cornerstone.

8. In a prior conversation, Tim informed me that before former Next Step and Cornerstone employees Trisa Wetzel and Amy Martel went to Engage fi, Engage fi did not provide core selection and implementation services to its clients. I have reason to believe that the client engagement referenced in paragraph 7 above was the first time that Engage fi and Corelation worked together on these matters.

9. I believe Tim Maron brought this issue to my attention because he understands that the Conversion Services Addendum contained in vendor agreements negotiated by Cornerstone on behalf of its clients is considered by

FP 51838904.1

Cornerstone (and previously, by Next Step) as confidential and proprietary information. In fact, Tim Maron indicated that he did not wish to possess a plagiarized document and that he felt uncomfortable that Engage fi was using the document that was a clear copy of the document belonging to Cornerstone (and previously Next Step).

    I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct, and that this declaration is executed on Aug 12, 2024 _____ , at Dallas, Texas.

*Stephen C Wildman*
Stephen C Wildman (Aug 12, 2024 13:32 CDT)

Steve Wildman

# 2024.08.09 Declaration of Steve Wildman

Final Audit Report                                                                 2024-08-12

| | |
|---|---|
| Created: | 2024-08-09 |
| By: | Christine Logan (clogan@fisherphillips.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA-o0vEPEFKBf583q26K8jp-TL7GTO1hdY |

## "2024.08.09 Declaration of Steve Wildman" History

- Document created by Christine Logan (clogan@fisherphillips.com)
  2024-08-09 - 6:40:30 PM GMT

- Document emailed to swildman@crnrstone.com for signature
  2024-08-09 - 6:40:51 PM GMT

- Email viewed by swildman@crnrstone.com
  2024-08-12 - 5:16:06 PM GMT

- Signer swildman@crnrstone.com entered name at signing as Stephen C Wildman
  2024-08-12 - 6:32:03 PM GMT

- Document e-signed by Stephen C Wildman (swildman@crnrstone.com)
  Signature Date: 2024-08-12 - 6:32:05 PM GMT - Time Source: server

- Agreement completed.
  2024-08-12 - 6:32:05 PM GMT

Adobe Acrobat Sign