# DECLARATION OF CHRIS MILLER

Pursuant to 28 U.S.C. §1746, I, Chris Miller, declare, under penalty of perjury, that I am over the age of eighteen and that the following statement is true and correct and based upon my personal knowledge.

1. I have been employed by Cornerstone Advisors of Arizona LLC (Cornerstone) since approximately March 2020. My current title is Senior Director, Digital Practice Leader.

2. With regard to its Digital Practice related services, Cornerstone works with its credit union and bank clients to help them identify, evaluate, select, negotiate agreements with, and implement new technology systems with appropriate digital technology vendors who enhance the clients' abilities to meet their strategic goals. Engage fi is a direct competitor to Cornerstone in providing these consulting services to credit unions and banks in the digital technology space. I am generally aware that Cornerstone purchased a company known to me as Next Step, including its assets and intellectual property, as of approximately December 2021.

3. In my role as Senior Director, Digital Practice Leader, I lead Cornerstone's Digital Practice Group. In this role, I frequently review and participate in the negotiations of agreements between Cornerstone clients and digital technology vendors. As part of these duties, I am generally familiar with the terms and requirements of vendor agreements negotiated by Cornerstone

on behalf of its clients including, but not limited to "milestone requirements" included in Cornerstone's current vendor agreements. The version of the milestone requirements currently used at Cornerstone in digital technology vendor agreements was originally created by Next Step, and such information is considered by Cornerstone (and formerly, by Next Step) to be confidential and proprietary information subject to restricted disclosure.

4. Alkami Technology (Alkami) is a vendor that provides digital technology services and offerings to Cornerstone's credit union and bank clients. I frequently communicate with employees of Alkami as part of my duties with Cornerstone including, but not limited to: Eric Ryan (who currently serves as Vice President, Product Services at Alkami), David Nayes (who currently serves as Senior Director of Sales at Alkami) and Katie Doll (who currently serves as Director of Implementations at Alkami).

5. I am informed and believe that as part of their current or prior duties with Alkami, Eric Ryan, David Nayes, and Katie Doll hold or held the responsibility for negotiating, reviewing, and/or approving proposed and negotiated language in vendor agreements, including those agreements negotiated with the assistance of consulting firms such as Cornerstone, Next Step, and/or Engage fi on behalf of their clients. As a result, it is my belief that Eric Ryan, David Nayes, and Katie Doll are very familiar with the contractual provisions, proposals, and requirements negotiated by Cornerstone, Next Step,

FP 51816887.1

and/or Engage fi on behalf of their clients seeking to use Alkami's digital technology services.

6. On or about the week of April 8, 2024, I attended the COLAB conference hosted by Alkami. While at this conference, I witnessed Eric Ryan speaking with Trisa Wetzel, who is known to me as a former Executive Director of Operations at Next Step, former Executive Director at Cornerstone, and current Senior Vice Present, Client and Partner Relations at Engage fi.

7. After witnessing Eric Ryan speak with Trisa Wetzel at the COLAB conference, later that same day, Eric Ryan and I engaged in a verbal conversation. During this conversation, Eric Ryan asked me if I was aware that Trisa Wetzel was using Next Step's contractual milestone documents on behalf of Engage fi and that Trisa Wetzel had incorporated Next Step's milestone requirements into Engage fi's clients' vendor agreements with Alkami. I informed him that I was not aware of this.

8. I believe Eric Ryan brought this issue to my attention because he understands the milestone requirements contained in vendor agreements negotiated by Cornerstone on behalf of its clients are considered by Cornerstone (and previously by Next Step) as confidential and proprietary information.

9. During this same conversation with Eric Ryan at the COLAB conference, Eric Ryan further stated that Trisa Wetzel had declared that

FP 51816887.1

because she created the milestone requirements when she worked at Next Step, these milestone requirements were her intellectual property, not that of Cornerstone or Next Step. Eric Ryan also stated to me that he believes these same milestone requirements were included in the last five deals negotiated between Engage fi, their clients, and Alkami.

10. Thereafter, on or about July 29, 2024, I attended dinner with David Nayes along with two other representatives from Alkami. During this dinner, David Nayes informed me that Trisa Wetzel continues to use the same milestone requirements on behalf of Engage fi that are used by and belong to Cornerstone (and formerly Next Step). I believe David Nayes told me this information because he understood the milestone requirements were confidential and/or proprietary information of Next Step, which was purchased by Cornerstone.

11. Prior to this date, on or about July 16, 2024 or July 17, 2024, Katie Doll of Alkami showed me an email on her computer that was sent to her by David Nayes. This email asked Katie Doll to review a proposed vendor agreement between an Engage fi client and Alkami that included milestone requirements that were the same as the Next Step milestone document. I believe that Katie Doll showed me this email (but not the proposed Engage fi vendor agreement) because she understood that the Next Step milestone document belonged to Cornerstone and should not be being used by Engage fi.

FP 51816887.1

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct, and that this declaration is executed on <u> Aug 9, 2024 </u>, at Sarasota, Florida.

_____
Chris Miller

# 2024.08.08 Declaration of Chris Miller

Final Audit Report 2024-08-09

| | |
|---|---|
| Created: | 2024-08-09 |
| By: | Christine Logan (clogan@fisherphillips.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAtI6o9VraSMS07zHK5tb5BIPEU1bN783U |

## "2024.08.08 Declaration of Chris Miller" History

- Document created by Christine Logan (clogan@fisherphillips.com)
  2024-08-09 - 0:08:00 AM GMT

- Document emailed to Chris Miller (cmiller@crnrstone.com) for signature
  2024-08-09 - 0:08:41 AM GMT

- Email viewed by Chris Miller (cmiller@crnrstone.com)
  2024-08-09 - 8:25:29 PM GMT

- Document e-signed by Chris Miller (cmiller@crnrstone.com)
  Signature Date: 2024-08-09 - 8:29:30 PM GMT - Time Source: server

- Agreement completed.
  2024-08-09 - 8:29:30 PM GMT

Adobe Acrobat Sign