**Leonhardt, Kris**

| | |
|---|---|
| **From:** | Leonhardt, Kris |
| **Sent:** | Wednesday, July 31, 2024 6:51 PM |
| **To:** | Cooney, Mallory M.; Hawley, Alicia M. |
| **Cc:** | Uppal, Pavneet; Froman, Andrew; Bonner, Michael; Lee, Katie; Logan, Christine; Boyer, April; Morton, Jonathan B.; Kelly, Bree D.; Holtzapple, Nicole; Ciulei, Roxana; Cano, Itzel; Velasquez, Claudia Marina; Kennedy, Lauren R. |
| **Subject:** | RE: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas |
| **Attachments:** | 07.31.2024 KWL proposed edits to Confidentiality Agreement.docx |

Mallory,

Thank you for your time on this. We have carefully considered your request and the redline you sent. Unfortunately, we cannot agree to this version as we do not see how this materially alters or modifies your prior position that relevant documents produced in this matter cannot be used in the parallel arbitrations against EFI's employees and agents.

Attached is our updated version of the Confidentiality Agreement that agrees to some of your edits but reverts to our prior position relating to disclosure and use of information in the arbitration matters. We are willing to execute this version of the Confidentiality Agreement, which would resolve all matters currently at issue.

Assuming your clients are not willing to agree to our latest version of the Confidentiality Agreement as attached, we propose the following resolution with regard to the production of documents and information by Alkami and Corelation in response to our recently served subpoenas:

1. All documents and information produced by Alkami and Corelation shall be treated as Attorney's Eyes Only (AEO as defined by the attached draft of the Confidentially Agreement) by both sides for a period of 14-days following the production date.
2. During the 14-day period, the parties shall evaluate the information produced and shall confer in good faith to determine whether an AEO designation is appropriate, can be removed, and/or whether protections covering such documents can be downgraded to another confidentiality designation (such as Highly Confidential which still provides a high level of protection in and of itself), as contemplated in the attached draft of the Confidentiality Agreement.
3. If an agreement cannot be reached as to the final designation, all documents and information produced by Alkami and Corelation in response to the subpoenas shall be designated as Highly Confidential (as defined by the attached draft Confidentiality Agreement) *unless* a party has filed a motion for protective order with the Court within the initial 14-day period. If a party has timely filed a motion for a protective order with the Court requesting that the Court order that certain documents shall continue to be subject to the AEO restriction, then Plaintiff agrees that both sides shall continue to treat the documents and information identified in the motion as AEO, pending resolution by the Court. In other words, we are willing to agree to a continuing AEO designation for any documents subject to a timely motion for a protective order during the time period that the motion is being decided.

We sincerely believe that the above compromise is reasonable and disposes of the need to involve the Court in the current issue of the subpoena responses. If, despite the foregoing, you choose to involve the Court in the issue relating to the subpoena responses, we respectfully request you attach a copy of this email in its entirety to your filing.

Thank you,



**Kris Leonhardt**
Partner

Fisher & Phillips LLP
3200 N. Central Avenue | Suite 1550 | Phoenix, AZ 85012
kleonhardt@fisherphillips.com | O: (602) 281-3407

vCard  |  Bio  |  Website   *On the Front Lines of Workplace Law*℠

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>
**Sent:** Wednesday, July 31, 2024 4:55 PM
**To:** Leonhardt, Kris <kleonhardt@fisherphillips.com>; Hawley, Alicia M. <Alicia.Hawley@klgates.com>
**Cc:** Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>; Kelly, Bree D. <bree.kelly@klgates.com>; Holtzapple, Nicole <nholtzapple@fisherphillips.com>; Ciulei, Roxana <Roxana.Ciulei@klgates.com>; Cano, Itzel <icano@fisherphillips.com>; Velasquez, Claudia Marina <Claudia.Velasquez@klgates.com>; Kennedy, Lauren R. <Lauren.Kennedy@klgates.com>
**Subject:** RE: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hi Kris,

Please see attached. The redlines are the proposed changes related to the carve out, and also one thing that Alicia noticed regarding allowing non-attorneys to view AEO documents that we somehow missed. I "rejected insertion" for all references to the arbitration, so those do not appear in this draft.

We are happy to discuss revisions to the specific language, so long as we could agree that the agreement is in place and all discovery is only to be used for purposes of the instant litigation until such a time as the Court rules otherwise (anticipating motion practice will be forthcoming). That will allow us to continue with the nonparty production and our respective RFPs.

Thank you,
Mallory

Mallory Cooney | K&L Gates LLP | (305) 539-3342

---

**From:** Leonhardt, Kris <kleonhardt@fisherphillips.com>
**Sent:** Wednesday, July 31, 2024 6:26 PM
**To:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>; Hawley, Alicia M. <Alicia.Hawley@klgates.com>
**Cc:** Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>; Kelly, Bree D. <bree.kelly@klgates.com>; Holtzapple, Nicole <nholtzapple@fisherphillips.com>; Ciulei, Roxana <Roxana.Ciulei@klgates.com>; Cano, Itzel <icano@fisherphillips.com>; Velasquez, Claudia Marina <Claudia.Velasquez@klgates.com>; Kennedy, Lauren R. <Lauren.Kennedy@klgates.com>
**Subject:** RE: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

Considering and will get back to you tonight. Can you send us a redline of what you are thinking?



**Kris Leonhardt**
Partner

Fisher & Phillips LLP
3200 N. Central Avenue | Suite 1550 | Phoenix, AZ 85012
kleonhardt@fisherphillips.com | O: (602) 281-3407

vCard  |  Bio  |  Website   On the Front Lines of Workplace Law℠

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>
**Sent:** Wednesday, July 31, 2024 2:31 PM
**To:** Leonhardt, Kris <kleonhardt@fisherphillips.com>; Hawley, Alicia M. <Alicia.Hawley@klgates.com>
**Cc:** Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>; Kelly, Bree D. <bree.kelly@klgates.com>; Holtzapple, Nicole <nholtzapple@fisherphillips.com>; Ciulei, Roxana <Roxana.Ciulei@klgates.com>; Cano, Itzel <icano@fisherphillips.com>; Velasquez, Claudia Marina <Claudia.Velasquez@klgates.com>; Kennedy, Lauren R. <Lauren.Kennedy@klgates.com>
**Subject:** RE: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Kris,

Before we file our motion for protective order this evening, we had a final proposal for your to consider: could the parties enter into a version of the confidentiality agreement now that carves out the issue of further use of the discovery produced in this case? That would allow your nonparty discovery to proceed while we file motions with the court regarding the use of discovery in the arbitrations.

It is our understanding that arbitrators have not yet been selected in those matters, so discovery has not yet begun, and there would be no concern about needing to produce now.

Thank you,
Mallory

Mallory Cooney | K&L Gates LLP | (305) 539-3342

---

**From:** Cooney, Mallory M.
**Sent:** Wednesday, July 31, 2024 1:41 PM
**To:** 'Leonhardt, Kris' <kleonhardt@fisherphillips.com>; Hawley, Alicia M. <Alicia.Hawley@klgates.com>
**Cc:** 'Uppal, Pavneet' <puppal@fisherphillips.com>; 'Froman, Andrew' <afroman@fisherphillips.com>; 'Bonner, Michael' <mbonner@fisherphillips.com>; 'Lee, Katie' <klee@fisherphillips.com>; 'Logan, Christine' <clogan@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>; Kelly, Bree D. <Bree.Kelly@klgates.com>; 'Holtzapple, Nicole' <nholtzapple@fisherphillips.com>; Ciulei, Roxana <Roxana.Ciulei@klgates.com>; 'Cano, Itzel' <icano@fisherphillips.com>; Velasquez, Claudia Marina <Claudia.Velasquez@klgates.com>; Kennedy, Lauren R. <Lauren.Kennedy@klgates.com>
**Subject:** RE: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

Kris, could you do 3:30 EST or 4:30 instead of 4, as we have conflicts on our side.

Mallory Cooney | K&L Gates LLP | (305) 539-3342

---

**From:** Cooney, Mallory M.
**Sent:** Wednesday, July 31, 2024 12:49 PM
**To:** 'Leonhardt, Kris' <kleonhardt@fisherphillips.com>; Hawley, Alicia M. <Alicia.Hawley@klgates.com>
**Cc:** Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>; Kelly, Bree D. <Bree.Kelly@klgates.com>; Holtzapple, Nicole <nholtzapple@fisherphillips.com>; Ciulei, Roxana <Roxana.Ciulei@klgates.com>; Cano, Itzel <icano@fisherphillips.com>; Velasquez, Claudia Marina <Claudia.Velasquez@klgates.com>; Kennedy, Lauren R. <Lauren.Kennedy@klgates.com>
**Subject:** RE: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

I can make that work, but it is just late in terms of us needing to file a motion today if we aren't able to agree.

Mallory Cooney | K&L Gates LLP | (305) 539-3342

---

**From:** Leonhardt, Kris <kleonhardt@fisherphillips.com>
**Sent:** Wednesday, July 31, 2024 12:46 PM
**To:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>; Hawley, Alicia M. <Alicia.Hawley@klgates.com>
**Cc:** Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>; Kelly, Bree D. <bree.kelly@klgates.com>; Holtzapple, Nicole <nholtzapple@fisherphillips.com>; Ciulei, Roxana <Roxana.Ciulei@klgates.com>; Cano, Itzel <icano@fisherphillips.com>; Velasquez, Claudia Marina <Claudia.Velasquez@klgates.com>; Kennedy, Lauren R. <Lauren.Kennedy@klgates.com>
**Subject:** RE: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

Hi Mallory,

I am booked this morning PST, but can do 1:00 p.m. PST/4:00 p.m. EST if that works for you.



**Kris Leonhardt**
Partner
Fisher & Phillips LLP
3200 N. Central Avenue | Suite 1550 | Phoenix, AZ 85012
kleonhardt@fisherphillips.com | O: (602) 281-3407

vCard | Bio | Website    *On the Front Lines of Workplace Law ℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>
**Sent:** Wednesday, July 31, 2024 9:10 AM
**To:** Hawley, Alicia M. <Alicia.Hawley@klgates.com>; Leonhardt, Kris <kleonhardt@fisherphillips.com>
**Cc:** Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>; Kelly, Bree D. <bree.kelly@klgates.com>; Holtzapple, Nicole <nholtzapple@fisherphillips.com>; Ciulei, Roxana <Roxana.Ciulei@klgates.com>; Cano, Itzel <icano@fisherphillips.com>; Velasquez, Claudia Marina <Claudia.Velasquez@klgates.com>; Kennedy, Lauren R. <Lauren.Kennedy@klgates.com>
**Subject:** RE: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

**CAUTION:** This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I don't want to drown Alicia's question below, but the deposition has ended early and we can speak this afternoon. Will you be available at 1:30 Eastern to discuss the nonparty subpoena AEO issue?

Thank you,
Mallory

Mallory Cooney | K&L Gates LLP | (305) 539-3342

**From:** Hawley, Alicia M. <Alicia.Hawley@klgates.com>
**Sent:** Wednesday, July 31, 2024 10:26 AM
**To:** Leonhardt, Kris <kleonhardt@fisherphillips.com>; Cooney, Mallory M. <Mallory.Cooney@klgates.com>
**Cc:** Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>; Kelly, Bree D. <bree.kelly@klgates.com>; Holtzapple, Nicole <nholtzapple@fisherphillips.com>; Ciulei, Roxana <Roxana.Ciulei@klgates.com>; Cano, Itzel <icano@fisherphillips.com>; Velasquez, Claudia Marina <Claudia.Velasquez@klgates.com>; Kennedy, Lauren R. <Lauren.Kennedy@klgates.com>
**Subject:** RE: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

Good morning, Kris.

I wanted to follow up on your note about the revision you made to Paragraph 5 re the AEO definition. I do not see any redlines to that paragraph in the draft that you attached. Could you resend with the referenced redlines or let me know if somehow I'm missing something?

Thank you,

_____
**Alicia Hawley** | K&L Gates LLP
Direct: (312) 781-6018

**From:** Leonhardt, Kris <kleonhardt@fisherphillips.com>
**Sent:** Tuesday, July 30, 2024 3:59 PM
**To:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>
**Cc:** Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>; Kelly, Bree D. <bree.kelly@klgates.com>; Holtzapple, Nicole <nholtzapple@fisherphillips.com>; Ciulei, Roxana <Roxana.Ciulei@klgates.com>; Cano, Itzel <icano@fisherphillips.com>; Velasquez, Claudia Marina <Claudia.Velasquez@klgates.com>; Hawley, Alicia M. <Alicia.Hawley@klgates.com>; Kennedy, Lauren R. <Lauren.Kennedy@klgates.com>
**Subject:** RE: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

Mallory,

Thank you for your email.

Plaintiff is willing to agree that any documents produced by Corelation or Alkami in response to the issued subpoenas shall be treated as Attorney's Eyes Only (as defined by our current draft Confidentiality Agreement attached) for a period of 14 days after production, so long as Defendants are willing to apply this same treatment to the documents (i.e. they will be AEO on both sides). 14 days should be sufficient for both sides to determine the nature of the documents and the needed level of protection. After 14 days, the documents produced shall be treated as Highly Confidential (as defined by our current draft Confidentiality Agreement), unless the parties agree otherwise or unless one of the parties moves for different treatment under the Confidentiality Agreement. We have asked for reciprocal protections because we do not know what type of documents will be produced, and we are not agreeable to an indefinite AEO designation.

Please note that I made one minor edit to the attached draft from my last version, which was to use the originally agreed upon AEO definition at paragraph 5 from the one that you sent back to us. The redline shows the changes since your last version.

Please let me know if this arrangement meets with Defendants' approval.

Thank you,

**Kris Leonhardt**
**Partner**
Fisher & Phillips LLP
3200 N. Central Avenue | Suite 1550 | Phoenix, AZ 85012
kleonhardt@fisherphillips.com | O: (602) 281-3407

vCard | Bio | Website   *On the Front Lines of Workplace Law*℠

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

**From:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>
**Sent:** Monday, July 29, 2024 6:19 PM
**To:** Leonhardt, Kris <kleonhardt@fisherphillips.com>
**Cc:** Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>; Kelly, Bree D. <bree.kelly@klgates.com>; Holtzapple, Nicole <nholtzapple@fisherphillips.com>; Ciulei, Roxana <Roxana.Ciulei@klgates.com>; Cano, Itzel <icano@fisherphillips.com>; Velasquez, Claudia Marina <Claudia.Velasquez@klgates.com>; Hawley, Alicia M. <Alicia.Hawley@klgates.com>; Kennedy, Lauren R. <Lauren.Kennedy@klgates.com>
**Subject:** RE: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good evening,

If you would like to contact Alkami, you can email andrew.mccaffrey@alkami.com.

We have not waived our objection to Cornerstone's refusal to identify the specific conversion services addendum and RFP issued by EFI that it contends contain its trade secrets. However, in an attempt to mitigate our client's valid concerns about these subpoenas, as we discussed during our call today, we would propose that Cornerstone consider any items produced by Alkami or Corelation to be designated as Attorneys Eyes Only until such a time as EFI is able to determine whether the communications and documents contain its trade secret, confidential, competitive, and/or otherwise protected information.

Please advise your client's position on the above before 2 PM tomorrow so that we have time to file our motion if needed.

Thank you,

Mallory Cooney | K&L Gates LLP | (305) 539-3342

---

**From:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>
**Sent:** Monday, July 29, 2024 9:23 AM
**To:** Leonhardt, Kris <kleonhardt@fisherphillips.com>; Holtzapple, Nicole <nholtzapple@fisherphillips.com>
**Cc:** Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>; Velasquez, Claudia Marina <Claudia.Velasquez@klgates.com>; Ciulei, Roxana <Roxana.Ciulei@klgates.com>; Cano, Itzel <icano@fisherphillips.com>
**Subject:** Re: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

Kris, thank you, we will reach out to Alkami to see whose contact information to share with you, or have them contact you directly.

Can you please share the service packet for Corelation as well?

Also please send us an invite for the call today. Please from our end include me, Jon, and April.

Thank you,
Mallory

---

**From:** Leonhardt, Kris <kleonhardt@fisherphillips.com>
**Sent:** Friday, July 26, 2024 6:12:30 PM
**To:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>; Holtzapple, Nicole <nholtzapple@fisherphillips.com>
**Cc:** Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>; Velasquez, Claudia Marina <Claudia.Velasquez@klgates.com>; Ciulei, Roxana <Roxana.Ciulei@klgates.com>; Cano, Itzel <icano@fisherphillips.com>
**Subject:** RE: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

Mallory,

Please see attached. Let me know who you have been in contact with at Alkami, and I will send them an email.

Thanks,

**Kris Leonhardt**
**Partner**

Fisher & Phillips LLP
3200 N. Central Avenue | Suite 1550 | Phoenix, AZ 85012
kleonhardt@fisherphillips.com | O: (602) 281-3407

vCard | Bio | Website   *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**From:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>
**Sent:** Friday, July 26, 2024 5:15 PM
**To:** Leonhardt, Kris <kleonhardt@fisherphillips.com>; Holtzapple, Nicole <nholtzapple@fisherphillips.com>
**Cc:** Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>; Velasquez, Claudia Marina <Claudia.Velasquez@klgates.com>; Ciulei, Roxana <Roxana.Ciulei@klgates.com>; Nathan Nouskajian <nnouskajian@corelationinc.com>
**Subject:** Re: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Thank you, with that change, we can agree to meet on Monday. Can you confirm whether you have served Alkami, and if so whether you will give them the same information regarding timing?

**From:** Leonhardt, Kris <kleonhardt@fisherphillips.com>
**Sent:** Friday, July 26, 2024 4:06:34 PM
**To:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>; Holtzapple, Nicole <nholtzapple@fisherphillips.com>
**Cc:** Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>; Velasquez, Claudia Marina <Claudia.Velasquez@klgates.com>; Ciulei, Roxana <Roxana.Ciulei@klgates.com>; Nathan Nouskajian <nnouskajian@corelationinc.com>
**Subject:** RE: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

Mallory,

We just separately confirmed in writing to Corelation that it has until August 8, 2024 to respond to our subpoena (14 days).

Let me know if Monday at 11:30 a.m. PST works for you for the meet and confer call.

Thanks,

**Kris Leonhardt**
**Partner**

Fisher & Phillips LLP
3200 N. Central Avenue | Suite 1550 | Phoenix, AZ 85012
kleonhardt@fisherphillips.com | O: (602) 281-3407

vCard  |  Bio  |  Website   *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

**From:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>
**Sent:** Friday, July 26, 2024 5:03 PM
**To:** Leonhardt, Kris <kleonhardt@fisherphillips.com>; Holtzapple, Nicole <nholtzapple@fisherphillips.com>
**Cc:** Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>; Velasquez, Claudia

Marina <Claudia.Velasquez@klgates.com>; Ciulei, Roxana <Roxana.Ciulei@klgates.com>; Nathan Nouskajian <nnouskajian@corelationinc.com>
**Subject:** RE: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hi Kris,

Thank you for getting back to me. I understand that you are busy, but we were surprised to see that the subpoenas were served today without any response to our messages from earlier this week, and need to file a motion as soon as possible given the timeline you have set for response.

Is there any way that I can speak to a member of your team today, even if you personally are tied up? Given the deadline in your subpoenas, we won't be able to wait to get the motion on file until the end of the day EST Monday. We have now shared our position three times on this matter (my Friday email, our formal objections sent Monday, and now), and given that you served the subpoenas over our objections, we anticipate that you will oppose the motion. Please just let us know whether we can represent that to the court.

Alternatively, if you are willing to withdraw the subpoenas or notify counsel for the nonparties that you will extend their time to respond, we can meet on Monday to discuss.

Please also confirm that you served Alkami and provide us copies of both final subpoenas.

Thank you,
Mallory


Mallory Cooney | K&L Gates LLP | (305) 539-3342

---

**From:** Leonhardt, Kris <kleonhardt@fisherphillips.com>
**Sent:** Friday, July 26, 2024 4:48 PM
**To:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>; Holtzapple, Nicole <nholtzapple@fisherphillips.com>
**Cc:** Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>; Velasquez, Claudia Marina <Claudia.Velasquez@klgates.com>; Ciulei, Roxana <Roxana.Ciulei@klgates.com>; Nathan Nouskajian <nnouskajian@corelationinc.com>
**Subject:** RE: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

Hi Mallory,

I am on another call currently, but we can be available for a meet and confer call on Monday at 11:30 a.m. PST.

**Kris Leonhardt**
Partner

Fisher & Phillips LLP
3200 N. Central Avenue | Suite 1550 | Phoenix, AZ 85012
kleonhardt@fisherphillips.com | O: (602) 281-3407

vCard | Bio | Website   *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

9

**From:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>
**Sent:** Friday, July 26, 2024 2:53 PM
**To:** Holtzapple, Nicole <nholtzapple@fisherphillips.com>
**Cc:** Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Leonhardt, Kris <kleonhardt@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>; Velasquez, Claudia Marina <Claudia.Velasquez@klgates.com>; Ciulei, Roxana <Roxana.Ciulei@klgates.com>; Nathan Nouskajian <nnouskajian@corelationinc.com>
**Subject:** RE: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good afternoon,

It is our understanding that Cornerstone has served the subpoena on Corelation over our objection. Please confirm whether you have also served Alkami, and provide a copy of the service packet.

I am writing to meet and confer before we file a time-sensitive motion for protective order for the same reasons detailed within the formal objections served on Monday, and also given that the subpoena duces tecum does not comply with the notice requirements of Local Rule 3.04. We intend to ask for a hearing early next week in advance of the compliance deadlines set for August 2 in the draft subpoenas we were shown.

We appreciate your prompt response,
Mallory Cooney

Mallory Cooney | K&L Gates LLP | (305) 539-3342

**From:** Velasquez, Claudia Marina <Claudia.Velasquez@klgates.com>
**Sent:** Monday, July 22, 2024 9:28 PM
**To:** Holtzapple, Nicole <nholtzapple@fisherphillips.com>; Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>
**Cc:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>; Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Leonhardt, Kris <kleonhardt@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>
**Subject:** RE: Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

Good evening,

Pursuant to Mallory's email below, attached please find Engage fi's objections to the subpoenas duces tecum Cornerstone intends to serve on nonparties Alkami Technology and Corelation, Inc.

Thank you.

All my best,



**Claudia Marina Velasquez**

Associate
K&L Gates LLP
200 South Biscayne Boulevard  Suite 3900
Miami , FL 33131-2399
Phone: 305-539-3362
Fax : 305-358-7095
Email : claudia.velasquez@klgates.com
Website:  www.klgates.com

---

**From:** Holtzapple, Nicole <nholtzapple@fisherphillips.com>
**Sent:** Friday, July 19, 2024 5:35 PM
**To:** Boyer, April <April.Boyer@klgates.com>; Morton, Jonathan B. <Jonathan.Morton@klgates.com>
**Cc:** Cooney, Mallory M. <Mallory.Cooney@klgates.com>; Uppal, Pavneet <puppal@fisherphillips.com>; Froman, Andrew <afroman@fisherphillips.com>; Leonhardt, Kris <kleonhardt@fisherphillips.com>; Bonner, Michael <mbonner@fisherphillips.com>; Lee, Katie <klee@fisherphillips.com>; Logan, Christine <clogan@fisherphillips.com>
**Subject:** Cornerstone v. Wetzel, et al. Notice of Intent to Serve Subpoenas

Counsel,

Please see the attached Notice of Intent to Serve Subpoenas to Corelation, Inc. and Alakami Technology attached for your review, along with copies of the subpoenas.

Thanks,
Nicole

### Nicole Holtzapple
**Associate**

Fisher & Phillips LLP
1230 Peachtree Street NE | Suite 3300 | Atlanta, GA 30309
nholtzapple@fisherphillips.com | O: (404) 240-4039

vCard  |  Bio  |  Website    *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*

---

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mallory.Cooney@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mallory.Cooney@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mallory.Cooney@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mallory.Cooney@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mallory.Cooney@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mallory.Cooney@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Mallory.Cooney@klgates.com.